UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICK LOVELIEN, et al.,

        Plaintiff,

v.

THE UNTIED STATES OF AMERICA, et al.,

        Defendants.

Civil Action No. 1:19-cv-0906

## RESPONSE TO MINUTE ORDER OF MAY 29, 2019

Plaintiffs Rick Lovelien and Steven Stewart ("Plaintiffs") hereby submit the following in response to this Court's Minute Order of May 29, 2019, directing Plaintiffs to serve each Defendant by June 29, 2019 to establish good cause for failure to do so.

Mr. Siegmund Fuchs of the U.S. Department of Justice, Civil Division accepted service of Defendants United States of America, Eric Holder, Loretta Lynch, James Comey, and Jeff Sessions via email on June 10, 2019. Exhibit 1. Defendants Neil Kornze and Bureau of Land Management were served by Federal Express to Nancy Zahedi, Assistant Regional Solicitor, as per Mr. Fuchs' instruction. Exhibit 1.[1] Affidavits of service for Defendants US Department of Justice and Federal Bureau of Investigation, as well as for the U.S. Attorney's Office in Washington D.C. are attached hereto as Exhibit 2-4.

The only remaining Defendant to be served is Dan P. Love, who appears to be evading service. Exhibit 5. Process servers have located his residence in Utah, and have attempted service on four separate occasions beginning on June 22, 2019, but have not been able to get anyone to answer the door. Process servers are now in the process of staking out Defendant Love and hope

---

[1] Tracking number 775500886330 shows a 6/20/2019 11:12 am delivery.

to have him served shortly. Thus, Plaintiffs respectfully request a brief 14-day extension of time to serve Defendant Love.

Dated: July 1, 2019                                          Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I, Larry Klayman, counsel for Plaintiff, hereby certify that on this day, July 1, 2019, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record.

*/s/ Larry Klayman*
Larry Klayman, Esq.